**Order filed October 5, 2021.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-21-00531-CV**

**IN RE STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
**Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law # 4 and Probate Court**
**Brazoria County, Texas**
**Trial Court Cause No. CI60388**

## ORDER

On September 21, 2021, relator State Farm Mutual Automobile Insurance Company filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Lori Rickert, presiding judge of the County Court at Law # 4 and Probate Court of Brazoria County, to vacate its August 17, 2021, order denying relator's motion for separate trials and abatement and direct the trial court to abate plaintiff's extra-contractual claims against relator until after plaintiff obtains a judicial determination that he is entitled to recover from an underinsured motorist.

Relator also has filed a motion for temporary relief. *See* Tex. R. App. P. 52.8(b), 52.10. Relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the proceedings in trial court cause number CI60388, *Lance Bellis v. Victor Pedraza, Jr., and State Farm Mutual Automobile Insurance Company*, including the trial scheduled for December 13, 2021, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

We further **ORDER** relator, within fourteen days, to submit "a properly authenticated transcript of any relevant testimony from any underlying proceeding, including exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained." *See* Tex. R. App. P. 52.7(a)(2).

In addition, the court requests Lance Bellis, the real party-in-interest, to file a response to the petition for writ of mandamus on or before November 5, 2021. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.